IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENDALL WHITE**                                                                                       **PLAINTIFF**

**v.**                                            **NO. 2:09CV00035 BSM**

**ROBERT BOSCH TOOL CORP.**
**AND ROBERT BOSCH, LLC,**                                                                       **DEFENDANTS**

## ORDER

Pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and for good cause shown, defendant's motion for admission pro hac vice [Doc. No. 6] is granted and Andrew H. Stuart is hereby permitted to appear and participate in this action as counsel for plaintiff.

IT IS SO ORDERED this 6th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE